IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

| | | |
|---|---|---|
| TEAMSTERS LOCAL UNION 667, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VERSUS | ) | CIVIL ACTION NUMBER: |
| | ) | 2:12-cv-00158-SA-JMV |
| COAHOMA OPPORTUNITIES, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

_____

**AGREED ORDER ENLARGING TIME FOR DEFENDANT TO RESPOND TO OUTSTANDING MOTIONS**
_____

THIS CAUSE, having come before the Court on the *ore tenus* motion of the parties to extend and enlarge the time for Defendant Coahoma Opportunities, Inc. (hereinafter sometimes "COI"), to respond to all outstanding motions including, but not limited to, (1) Plaintiff's Motion for Costs of Service and Fees[Docket Item 8], (2) the supporting Memorandum[Docket Item 9]; (3) Plaintiff's Motion to Strike[Docket Item 10]; and (4) supporting Memorandum[Docket Item 11], and the Court having considered the same and the surrounding circumstances, does find said motion should be granted only in part.[1]

THEREFORE, Defendant shall respond to said motions within thirty (30) days from the entry of this Order.

THIS 18th day of January, 2013.

/s/ Jane M. Virden _____
UNITED STATES MAGISTRATE COURT JUDGE

---

[1] Defendant failed to provide an explanation for the need for the sixty-day extension originally sought.

Page **1** of **2**

Prepared & Submitted By:

*Derek D Hopson Sr*
Derek D. Hopson, Sr., MSB#10514
**HOPSON LAW FIRM, PLLC**
P. O. Box 266
601 Dr. Martin Luther King, Jr., Blvd., Ste A
Clarksdale, MS  38614
Telephone:  (6062) 624-4100
Fax:  (662) 621-9197

*Attorney for Defendant COI*

*Samuel Morris*
Mr. Samuel Morris, TNB#12506
**GODWIN, MORRIS, LAURENZI & BLOOMFIELD, P.C.**
50 North Front Street, Suite 800
Memphis, TN  38103
Telephone:  (901) 528-1702
Fax:  (901) 528-0246

*One Of The Attorneys For Plaintiff*

Mr. Eugene A. Laurenzi, MSB#103690
**GODWIN, MORRIS, LAURENZI & BLOOMFIELD, P.C.**
50 North Front Street, Suite 800
Memphis, TN  38103
Telephone:  (901) 528-1702
Fax:  (901) 528-0246

*One Of The Attorneys For Plaintiff*

AGREED ORDER ENLARGING TIME FOR DEFENDANT TO RESPOND TO

OUTSTANDING MOTIONS