IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

| | | |
|---|---|---|
| TEAMSTERS LOCAL UNION 667, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VERSUS | ) | CIVIL ACTION NUMBER: |
| | ) | 2:12-cv-00158-SA-JMV |
| COAHOMA OPPORTUNITIES, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

_____

**ORDER STAYING CASE AND SETTING BRIEFING DEADLINES**
_____

The court having conducted a case management conference this day, and in light of the fact that this action seeks to compel arbitration,

IT IS ORDERED:

1. That Plaintiff's motion to compel arbitration shall be filed on or before March 1, 2013.

2. That Defendant shall file its response on or before March 15, 2013.

3. That Plaintiff may file a reply brief on or before March 22, 2013.

4. That the parties shall complete initial disclosures within ten (10) days of this date.

5. That any briefing on pending motions still outstanding shall be completed as directed by prior order.

6. That this case shall be otherwise STAYED, pending further order of the court.

**THIS** 31st day of January, 2013.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE