# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**TEAMSTERS LOCAL UNION 667**     **PLAINTIFF**

**V.**     **CASE NO.: 2:12cv00158-SA-SAA**

**COAHOMA OPPORTUNITIES, INC.**     **DEFENDANT**

## ORDER TO COMPEL ARBITRATION

Pursuant to the memorandum opinion issued this day, the Plaintiff's Motion to Compel Arbitration [19] is GRANTED.

SO ORDERED this the 30th day of July, 2013.

                                                  **/s/ Sharion Aycock**
                                                  **U.S. DISTRICT JUDGE**